1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHERY, an individual, on behalf of himself, and on behalf of all persons similarly, situated,<br><br>Plaintiff,<br>vs.<br><br>WARBY PARKER INC. f/k/a JAND, INC., a Delaware corporation; WARBY PARKER RETAIL, INC., a Delaware corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 23-cv-02611-VKD<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>[Complaint Filed: April 11, 2023]<br>[Action Removed: May 26, 2023] |

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2) IT IS SO ORDERED:

1. All forthcoming deadlines in this action shall be vacated.
2. This action is dismissed in its entirety without prejudice.
3. The Parties shall each bear their own fees and costs.

DATED: June 9, 2023

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI